# EXHIBIT F

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 9:22-cv-81275-AHS


KEVIN HARRELL,

          Plaintiff,

vs.

CITY OF WEST PALM BEACH, a
Florida municipal corporation;
BRIAN GELLIN, individually;
SCOTT LALLY, individually, and
MICHAEL OSWALD, individually,


          Defendants.
_____/


                         Zoom Videoconference
                         Friday, February 23, 2024
                         4:46 p.m. - 5:13 p.m.




                    DEPOSITION

                       OF

                  TAMECA WEST

2

1             Deposition of TAMECA WEST,

2    a witness of lawful age, taken by the Plaintiff for

3    the purpose of discovery and for use as evidence in

4    the above-entitled cause, before HEATHER VIEIRA,

5    Shorthand Reporter and Notary Public in and for the

6    State of Florida at Large, via Zoom Videoconference

7    on the 23rd day of February, 2024 commencing at

8    4:46 p.m.

9                        -   -   -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1

 2   COUNSEL PRESENT:

 3   For the Plaintiff:

 4      WILLIAM R. AMLONG, ESQ.
        THE AMLONG FIRM
 5      500 Northeast Fourth Street
        Suite 101
 6      Fort Lauderdale, Florida 33301
        wramlong@theamlongfirm.com
 7
     For the Defendant:
 8
        FABIAN A. RUIZ, ESQ.
 9      GRAYROBINSON, P.A.
        333 Southeast Second Avenue
10      Suite 3200
        Miami, Florida 33131-2191
11      fabian.ruiz@gray-robinson.com

12      JULIE M. ZOLTY, ESQ.
        GRAYROBINSON, P.A.
13      301 East Pine Street
        Suite 1400
14      Orlando, Florida 32801-2741
        julie.zolty@gray-robinson.com
15
        DOUGLAS N. YEARGIN, ESQ.
16      City of West Palm Beach
        PO Box 3366
17      West Palm Beach, Florida 33402-3366
        dyeargin@wpb.org
18

19   ALSO PRESENT:

20      KEVIN HARRELL, Plaintiff

21

22

23

24

25
```

4

1                           I N D E X

2                           - - - - -

3

4                    WITNESS:  TAMECA WEST

5

6    E X A M I N A T I O N:                    PAGE

7

8    BY MR. AMLONG                               5

9

10

11

12

13   E X H I B I T S:                           PAGE

14

15   DEPOSITION NO. 41                          16

16   DEPOSITION NO. 46                          18

17

18

19

20

21

22

23

24

25

5

1           P R O C E E D I N G S

2                   - - - - -

3                   TAMECA WEST,

4    a witness named in the notice heretofore filed,

5    being of lawful age and being first duly sworn in

6    the above cause, testified on her oath as follows:

7                   EXAMINATION

8    BY MR. AMLONG:

9          Q.   Good afternoon, Chief West.

10         A.   Good afternoon.

11         Q.   Please give us your full name, tell us

12   what city you live in, and what you do for a

13   living.

14         A.   Tameca West or Tameca Lashawn West.  I

15   live in the City of Royal Palm Beach, Florida, and

16   I'm assistant chief at the West Palm Beach Police

17   Department.

18         Q.   And what's your date of birth?

19         A.   8/26/67.

20         Q.   And how long have you -- take me

21   through your education and professional background,

22   please.

23         A.   My professional background when I

24   started working?

25         Q.   Yeah, and your educational background.

6

1           A.   Okay.  At 14 I worked at a

2   Baskin-Robbins.  From there I started working at a

3   department store, Rich's, which is located in

4   Atlanta, Georgia.  From Rich's, if I remember

5   correctly, I was in college and worked at Anchor

6   Bank as a clerk.

7               After Anchor Bank I worked for the IRS

8   as a temp for a season.  After the IRS, I went to

9   AT&T as a customer service rep, then a phone

10  operator, and from there I went to the West Palm

11  Beach Police Department as a dispatcher.

12              And then I converted from dispatch to

13  a sworn police officer.  I mean, there may be some

14  odd jobs in there that I forget, but that's the

15  professional background.

16          Q.   What's your education?

17          A.   Education.  High school -- elementary

18  school, high school, college.  I have a bachelor

19  of --

20          Q.   I mean, college.

21          A.   Okay.  College I have a bachelor of

22  science in criminal justice; also a bachelor of

23  science in human resource management, a master's in

24  emergency management.

25          Q.   And where did you get your bachelor's

1  degree?

2         A.    Florida Atlantic University and

3  Central State University.

4         Q.    Where is that?

5         A.    Central State is in Ohio.  And I'm

6  sorry, it's not Florida Atlantic.  It's Palm Beach

7  Atlantic University in West Palm Beach.  Central

8  State is in Ohio.  I forget what city because I did

9  it on-line.

10         Q.    And your master's degree?

11         A.    I hold a master's degree in emergency

12  management from Lynn University, Boca Raton.

13         Q.    And when did you join the police

14  department?

15         A.    1995.

16         Q.    And when did you become a police

17  officer?

18         A.    1999.

19         Q.    Sergeant?

20         A.    Roughly six or seven years later.

21         Q.    Lieutenant?

22         A.    Probably three years later.

23         Q.    What was next?

24         A.    Captain two years later, and then

25  assistant chief approximately two to three years

8

 1  later.

 2        Q.   So you've been with the police

 3  department about 15 years as a sworn officer?

 4        A.   Twenty-four.

 5        Q.   Twenty-four?

 6        A.   Yes.  Actually 25, sorry.  Twenty-five

 7  is sworn.

 8        Q.   You know Kevin Harrell, correct?

 9        A.   Yes.

10        Q.   How well do you know him?

11             MR. RUIZ:  Objection to form.  You can

12        answer.

13        A.   As well as a boss knows an employee.

14  I would say pretty well.  I mean, I don't know how

15  to define that question.

16  BY MR. AMLONG:

17        Q.   Do you have any relationship outside

18  of the police department?

19        A.   No, we do not.

20        Q.   Has Officer Harrell complained to you

21  before about discrimination?

22        A.   No, he has not.

23        Q.   Did he ever complain about anybody

24  calling him Midnight?

25        A.   No, he did not.

9

1          Q.   Did you ever discuss with him how he

2   should react to people calling him Midnight?

3          A.   Did I discuss with him how I should

4   react to people calling him Midnight?

5          Q.   How he should.

6          A.   No, I didn't.  I didn't know people

7   were calling him -- well, I might have said I

8   didn't know.  It was brought to my attention one

9   time.

10          No, I didn't discuss how he should --

11   how he should -- well, it depends on how you put

12   the term because I believe I did have a -- why

13   would he allow that, for someone to call him

14   Midnight.

15          Q.   And tell me about how did that

16   conversation come up?

17          A.   A few years ago, maybe two to three

18   max, we were standing on Spine Road (phonetic),

19   which is a parking area in our parking garage.  I

20   mean, our parking lot at the police department.

21   Kevin or Officer Harrell and I were standing there.

22          Sergeant Gellin walked up and said:

23   What's up, Midnight?  And I immediately stopped him

24   and said:  What is that name?  You will not address

25   him as that.  I do not like that type of language,

10

1  any colorism, any regard -- remarks on race or

2  color, I do not tolerate.

3          Kevin Harrell stood there and didn't

4  say a word and then I said to him, I don't know why

5  would you allow that, and then I walked away.  And

6  Sergeant Gellin said, yes, ma'am.

7          Q.  Other than that one time, did Officer

8  Harrell ever complain to you about Sergeant Gellin?

9          A.  About Sergeant Gellin?

10         Q.  Yes.

11         A.  Yes.  They were having issues on their

12  shift.  According to Officer Harrell, Sergeant

13  Gellin was showing favoritism toward certain

14  females because, according to Officer Harrell, he

15  was in his words screwing them or using the F word,

16  that he was having sex with the females.

17         Q.  Which ones?

18         A.  I believe Officer Rubio was one.  I'm

19  not sure who else, but that was according to

20  Officer Harrell.  Again, at that time I said I

21  don't know how that has anything to do with me if

22  he's having sex.

23          Unless you are being picked on or

24  discriminated against, people in their personal

25  lives, they can do whatever they want, but please

11

1  give me some evidence of you being picked on.

2         Q.  Did he ever complain beyond that one

3  time?

4         A.  No.

5         MR. RUIZ:  Bill, just for the record,

6         is Officer Harrell still in the room with

7         you?

8         MR. AMLONG:  Yes.

9         MR. RUIZ:  Just to -- I don't think we

10         got on the record the last time, but he was

11         in the room for --

12         MR. AMLONG:  Yes, he's been here for

13         all the depos.

14  BY MR. AMLONG:

15         Q.  Did Sergeant -- did Officer Harrell

16  ever complain to you about Sergeant Lally?

17         A.  Sergeant who?

18         Q.  Lally, L-a-l-l-y.

19         A.  We don't have a Sergeant Valley -- oh,

20  Lally?

21         Q.  Lally, yes.

22         A.  Oh, Sergeant Lally.

23         Q.  Yes.

24         A.  He told me about an incident that

25  occurred on Clematis Street, but that was being

12

1    investigated by internal affairs.

2           Q.    That was the body camera incident,

3    right?

4           A.    Yes.

5           Q.    Did Officer Harrell tell you that

6    Sergeant Lally had pulled his body camera off?

7           A.    Again, he told me what happened on

8    Clematis Street, but that was an internal affairs

9    investigation.  I had nothing to do with it.

10          Q.    Did you consider that to be battery on

11   a law enforcement officer?

12                MR. RUIZ:  Objection to the form.

13          Q.    Did you consider what Officer Harrell

14   reported to you to be battery on a law enforcement

15   officer?

16          A.    I don't.

17          Q.    Why not?

18          A.    Definition is of unwanted touching,

19   but you also have to have other elements in there

20   according to statute, and as far as I'm concerned,

21   Officer Harrell was never in fear for his life.

22                I mean, unwanted touching in that

23   case, someone bumping into someone in the grocery

24   store could be a battery.  If I accidentally bump

25   into you, I'm going to call the police and say, or

13

1   you bumped into me, I'm going to call the police

2   and say he just battered me and they arrest you?

3           Q.   Did you ever send Officer Harrell home

4   after he complained about either Sergeant Lally or

5   Sergeant Gellin?

6               MR. RUIZ:  Objection to the form.

7           Q.   You may answer.

8           A.   Did I send Officer Harrell home after

9   he complained about Sergeant Lally or Sergeant

10  Gellin?

11          Q.   Yes.

12          A.   No, no.

13          Q.   Did you order that Officer Harrell be

14  removed from duty and sent to a psychologist?

15              MR. RUIZ:  Object to the form.

16          A.   No, sir.  I don't have the authority

17  to do that.

18          Q.   Did you recommend that he be relieved

19  of duty?

20          A.   No, sir.  I don't have that authority,

21  no.  It all goes up to the chief of police.  I

22  simply forwarded what was sent to me.

23          Q.   By whom?

24          A.   His shift.

25          Q.   You mean the letter from Sergeant

14

1   Gellin and the other letters?

2         A.   Yes, members of his shift, yes.

3         Q.   Did you review them?

4         A.   Yes.

5         Q.   Did you question Officer Harrell about

6   them?

7         A.   No, sir, I did not.

8         Q.   Did you question Sergeant Gellin about

9   them?

10        A.   No, sir, I did not.

11        Q.   Did you do anything other than forward

12  them?  To whom did you forward them?

13        A.   Chief of police.

14        Q.   Whose decision was it to send him to a

15  psychologist?

16        A.   The chief of police.

17        Q.   Do you know how the psychologist was

18  chosen?

19        A.   No, I don't.

20        Q.   Do you have a personal relationship

21  with Amanda Vielma?

22        A.   A personal relationship?  I know her

23  on a personal level.  I wouldn't say we have a

24  personal relationship.

25        Q.   What do you mean you know her on a

15

1   personal level?

2          A.   My ex-husband worked with her

3   ex-husband.

4          Q.   Did you ever socialize?

5          A.   Yes.

6          Q.   Still?

7          A.   No.

8          Q.   When did you start and when did you

9   stop?

10         A.   They probably worked together five

11  years, so five years ago.  My husband would invite

12  her family, his family over for barbecues, and then

13  they probably came two or three times, and that was

14  it.

15              I didn't socialize with her otherwise.

16  I mean, there were probably 20 people at the house,

17  so if you want to call that socializing.  I was a

18  gracious host.

19              MR. AMLONG:  Let me ask you to look at

20          Exhibit 41 and Exhibit 46.  Do you have

21          those, Fabian?

22              MR. RUIZ:  Yes.  Just give me one

23          second.

24              THE WITNESS:  Okay.  What am I looking

25          at?

16

1   BY MR. AMLONG:

2          Q.   Forty-one is interrogatory answers.

3   Look through there and tell me if you answered

4   those questions.

5          A.   I would say yes, I was responsible for

6   interrogatories as far as I -- to my knowledge.

7               (Deposition Exhibit No. 41 was marked

8          for identification.)

9   BY MR. AMLONG:

10         Q.   Did you review the answers, ensure

11  that they were correct?

12         A.   Yes, to the best of my knowledge.

13         Q.   What do you mean to the best -- well,

14  what did you do actually to verify?

15         A.   Okay.  This 46 doesn't really have

16  anything.

17         Q.   No, no, 41 I'm looking at.

18         A.   Forty-one.

19         Q.   What did you do to verify the answers

20  to the questions in 41?

21         A.   I mean, these are pretty general.  So

22  confirmed that what is in here was true.  I mean,

23  like for instance, it says has or may have

24  knowledge.  I mean, that's a true statement, may or

25  may have knowledge.  So pretty much verifying what

17

1   it's saying is true.  That's up to page five.

2              And after that, it's just pretty much

3   talking about the defendant objecting to the

4   interrogatories.  So I don't know what there would

5   be to verify.  All this is...

6         Q.   You simply swore that these people may

7   or may not have knowledge?

8         A.   Yeah.

9              MR. RUIZ:  I'm just going to object to

10             the form.  I think there are objections in

11             the interrogatory response.  Those are

12             counsel's.

13             MR. AMLONG:  Right.

14             MR. RUIZ:  They're factual responses.

15             That's what the signature block is for,

16             so...

17   BY MR. AMLONG:

18        Q.   Did you provide the information to

19   answer the second set of interrogatories?

20        A.   Which one, sir?

21        Q.   Did you provide the information to

22   answer the second set of interrogatories?

23             MR. RUIZ:  Objection to the form.

24        A.   You mean in number 46?

25        Q.   Yes.

18

```
1              (Deposition Exhibit No. 46 was marked
2         for identification.)
3         A.   Okay.  I really don't see any answers
4    in here.  Can you tell me what page you're
5    referring to?
6         Q.   Well --
7         A.   I mean, it has the discipline, which
8    that was verified by internal affairs.  So yes, I
9    would say that would be accurate, but other than
10   that, the rest of the lines are just saying
11   Defendant objects, which is us, as Counsel has
12   stated.
13        Q.   Beginning at the bottom of page 3.
14        A.   Page 3?
15        Q.   Yes, of 46, did you provide the
16   information for those interrogatories?
17        A.   Internal affairs did, but I can
18   confirm that internal affairs provided it, yes.
19             MR. RUIZ:  I'm just going to object to
20        this line of questioning.  It's clear that
21        Assistant Chief West is sitting here in an
22        individual capacity.
23             The response, she verified the
24        response to interrogatories.  I think you
25        can see that on the document.  She didn't
```

19

1          provide all the information contained in

2          the responses.  I'm not really sure what

3          the question is about.

4   BY MR. AMLONG:

5          Q.   So you verified the interrogatories,

6   but you did not provide the information for the

7   interrogatories, correct?

8                MR. RUIZ:  Objection.  Objection to

9          the form of the question.  I said she did

10         not provide all of the information.

11  BY MR. AMLONG:

12         Q.   What information, if any, did you

13  provide for the interrogatories?

14         A.   I don't see anything here that I

15  provided.  All you have really is the IA

16  information.

17               And I did just want to clarify one

18  point.  Actually I just know her name as Amanda.

19  You said something else.  I don't even know the

20  lady's real name or dual name.

21               I did correspond with her after her

22  husband was arrested just to check and see what the

23  status of the case was.  So as far as being

24  friendly, we were never friendly, but I don't even

25  know her full name.  You said something else.  I

20

1    don't think you said Amanda.

2           Q.   Well, her husband was at your house

3    when the police were looking for him to arrest him;

4    was he not?

5           A.   Absolutely not.  What?  What?  Are

6    you -- what?  Absolutely not.

7           Q.   Have you ever been the subject of race

8    discrimination during your time at the West Palm

9    Beach Police Department?

10          A.   Yes, I have.

11          Q.   When and by whom?

12          A.   Probably when I first started at the

13   police department and what I felt was racist

14   discrimination may not have been, but what I felt

15   was by Lieutenant Maney particularly, but other

16   than stuff I can attribute to race or people not

17   liking -- maybe it was people didn't like me.  That

18   was probably early 2000's.

19          Q.   Have you been discriminated since

20   then?

21          A.   Have I been what now?

22          Q.   Have you been discriminated since

23   then?

24          A.   Not that I can recall.  Well, no I'm

25   going to say because that would be something that

1    would stand out in my mind.

2          Q.    I'm sorry?

3          A.    No.

4          Q.    You said that would be something else?

5    What would be something else?

6          A.    It would stand out in my mind because

7    initially I said not that I could recall, but then

8    I said no because that would stand out in my mind.

9          Q.    Do you believe that West Palm Beach

10   has a race discrimination problem in its police

11   department?

12              MR. RUIZ:  Objection to form.  You can

13          answer.

14         A.    No, I do not.

15         Q.    Do you recall the chief admitting

16   during Lieutenant Rideau's case that there was race

17   discrimination in the department?

18         A.    Do I recall Chief Adderley or myself?

19         Q.    Do you recall your acknowledging

20   during your deposition in Lieutenant Rideau's case

21   that there was race discrimination?

22              MR. RUIZ:  Objection to the form.

23         A.    Do I recall admitting there was a race

24   discrimination problem within the police

25   department, the West Palm Beach Police Department?

22

1    No, I don't recall that.  Do you have an exhibit to

2    show me where I did?

3                MR. AMLONG:  No.  Thank you very much

4          for your time.

5                MR. RUIZ:  Just give me a second here.

6          No questions.  Read.  Thank you.

7                MR. AMLONG:  I'm not ordering it now.

8                MR. RUIZ:  We're going to order.

9                COURT REPORTER:  Which one would you

10         like to order?

11               MR. RUIZ:  Actually I don't know.  I

12         think we're going to order them all.

13               MR. AMLONG:  In that case, I'll take

14         copies.

15               (Whereupon, the deposition was

16         adjourned at 5:13 p.m.)

17               (Signature not waived.)

18               AND FURTHER DEPONENT SAITH NOT

19                     ------------

20

21

22

23

24

25

23

1                      CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BROWARD

5

6              I, the undersigned authority, certify

7    that TAMECA WEST appeared via Zoom

8    Videoconferencing and was duly sworn.

9              WITNESS my hand and official seal this

10   6th day of March 2024.

11

12

13            -------------------------------

14                    HEATHER VIEIRA
                Notary Public - State of Florida
15                 Commission HH374886
                   Expires 07/16/2027

16

17

18

19

20

21

22

23

24

25

24

1                    CERTIFICATE

2    STATE OF FLORIDA )
                      )  SS.
3    COUNTY OF BROWARD)

4          I, HEATHER VIEIRA, do hereby certify
     that pursuant to Notice of Taking Deposition in the
5    above-styled cause, that I was authorized to and
     did stenographically report the foregoing
6    deposition as hereinabove shown, and the testimony
     of said witness was reduced to computer
7    transcription under my personal supervision.
           I further certify I am not a relative,
8    employee, attorney or counsel of any of the
     parties, nor am I a relative or employee of any of
9    the parties' attorneys or counsel connected with
     this action, nor am I financially interested in the
10   action.
           The certification of this transcript
11   does not apply to any reproduction of the same by
     any means unless under the direct control and/or
12   direction of the certifying reporter.
           Witness my hand and official seal in the
13   City of Fort Lauderdale, County of Broward, State
     of Florida this 6th day of March 2024.

14

15

16
     ------------------------------
17            HEATHER VIEIRA
              Court Reporter
18

19

20

21

22

23

24

25

25

Case No. 9:22-cv-81275
Deposition of:  TAMECA WEST
Date Taken:  February 23, 2024

PAGE NO.      LINE NO.              CORRECTION OR CHANGE

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

_____      _____        _____

       Under penalties of perjury, I declare that I
have read my deposition and that it is true and
correct subject to any changes in form or substance
entered here.


_____
DATE


_____
TAMECA WEST, Deponent

```
                                                                  26
 1                                       March 12, 2024

 2   TAMECA WEST
     C/O FABIAN A. RUIZ, ESQ.
 3   GRAYROBINSON, P.A.
     333 Southeast Second Avenue
 4   Suite 3200
     Miami, Florida 33131-2191
 5   fabian.ruiz@gray-robinson.com

 6   RE:  HARRELL VS. CITY OF WEST PALM BEACH

 7   Please take notice that on February 23, 2024, you
     gave your deposition in the above-referenced
 8   matter.  At that time you did not waive your
     signature.
 9
     Please contact our office to make an appointment to
10   read and sign the deposition.  Notice that this
     address may be different than the one where you
11   gave your deposition.

12   If you do not appear to read and sign your
     deposition in a reasonable time, the original will
13   be forwarded to the attorney who requested your
     appearance for the deposition, for filing with the
14   Clerk of the Court.  If you wish to waive your
     signature, sign your name in the blank at the
15   bottom of this page and return it to us.

16                              Very truly yours,

17

18                         _____
                           BRICKELL, GOMBERG & ASSOCIATES

19   I DO HEREBY WAIVE
     MY SIGNATURE
20

21   _____
     TAMECA WEST
22
     CC via transcript:
23      wramlong@theamlongfirm.com

24

25
```

**0**

07/16/2027
   23:15

**1**

101 3:5

12 26:1

14 6:1

1400 3:13

15 8:3

16 4:15

18 4:16

1995 7:15

1999 7:18

**2**

20 15:16

2000's 20:18

2024 1:12 2:7
   23:10 24:13
   25:2 26:1,7

23 1:12 25:2
   26:7

23rd 2:7

25 8:6

**3**

3 18:13,14

301 3:13

3200 3:10 26:4

32801-2741
   3:14

33131-2191
   3:10 26:4

333 3:9 26:3

33301 3:6

33402-3366
   3:17

3366 3:16

**4**

4:46 1:13 2:8

41 4:15 15:20
   16:7,17,20

46 4:16 15:20
   16:15 17:24
   18:1,15

**5**

5 4:8

5:13 1:13
   22:16

500 3:5

**6**

6th 23:10
   24:13

**8**

8/26/67 5:19

**9**

9:22-cv-81275
   25:1

9:22-cv-81275-
   AHS 1:2

**A**

above-entitled
   2:4

above-
   referenced
   26:7

above-styled
   24:5

Absolutely
   20:5,6

accidentally
   12:24

according
   10:12,14,19

12:20

accurate 18:9

acknowledging
   21:19

action 24:9,10

actually 8:6
   16:14 19:18
   22:11

Adderley 21:18

address 9:24
   26:10

adjourned
   22:16

admitting
   21:15,23

affairs 12:1,8
   18:8,17,18

afternoon
   5:9,10

against 10:24

age 2:2 5:5

ago 9:17 15:11

allow 9:13
   10:5

am 15:24
   24:7,8,9

Amanda 14:21
   19:18 20:1

AMLONG 3:4 4:8
   5:8 8:16
   11:8,12,14
   15:19 16:1,9
   17:13,17
   19:4,11
   22:3,7,13

Anchor 6:5,7

and/or 24:11

answer 8:12
   13:7
   17:19,22

21:13

answered 16:3

answers
   16:2,10,19
   18:3

anybody 8:23

anything 10:21
   14:11 16:16
   19:14

appear 26:12

appearance
   26:13

appeared 23:7

apply 24:11

appointment
   26:9

approximately
   7:25

area 9:19

arrest 13:2
   20:3

arrested 19:22

assistant 5:16
   7:25 18:21

ASSOCIATES
   26:18

AT&T 6:9

Atlanta 6:4

Atlantic
   7:2,6,7

attention 9:8

attorney 24:8
   26:13

attorneys 24:9

attribute
   20:16

authority
   13:16,20
   23:6

28

**authorized**
24:5

**Avenue** 3:9
26:3

**away** 10:5

---

B

**bachelor**
6:18,21,22

**bachelor's**
6:25

**background**
5:21,23,25
6:15

**Bank** 6:6,7

**barbecues**
15:12

**Baskin-Robbins**
6:2

**battered** 13:2

**battery**
12:10,14,24

**Beach** 1:6
3:16,17
5:15,16 6:11
7:6,7 20:9
21:9,25 26:6

**become** 7:16

**Beginning**
18:13

**believe** 9:12
10:18 21:9

**best** 16:12,13

**beyond** 11:2

**Bill** 11:5

**birth** 5:18

**blank** 26:14

**block** 17:15

**Boca** 7:12

**body** 12:2,6

**boss** 8:13

**bottom** 18:13
26:15

**Box** 3:16

**BRIAN** 1:7

**BRICKELL** 26:18

**brought** 9:8

**Broward** 23:4
24:3,13

**bump** 12:24

**bumped** 13:1

**bumping** 12:23

---

C

**C/O** 26:2

**camera** 12:2,6

**capacity** 18:22

**Captain** 7:24

**case** 1:2 12:23
19:23
21:16,20
22:13 25:1

**cause** 2:4 5:6
24:5

**CC** 26:22

**Central**
7:3,5,7

**certain** 10:13

**CERTIFICATE**
23:1 24:1

**certification**
24:10

**certify** 23:6
24:4,7

**certifying**
24:12

**CHANGE** 25:3

**changes** 25:18

**check** 19:22

**chief** 5:9,16
7:25 13:21
14:13,16
18:21
21:15,18

**chosen** 14:18

**city** 1:6 3:16
5:12,15 7:8
24:13 26:6

**clarify** 19:17

**clear** 18:20

**Clematis** 11:25
12:8

**clerk** 6:6
26:14

**college**
6:5,18,20,21

**color** 10:2

**colorism** 10:1

**commencing** 2:7

**Commission**
23:15

**complain** 8:23
10:8 11:2,16

**complained**
8:20 13:4,9

**computer** 24:6

**concerned**
12:20

**confirm** 18:18

**confirmed**
16:22

**connected** 24:9

**consider**
12:10,13

**contact** 26:9

**contained** 19:1

**control** 24:11

**conversation**

9:16

**converted** 6:12

**copies** 22:14

**corporation**
1:7

**correct** 8:8
16:11 19:7
25:18

**CORRECTION**
25:3

**correctly** 6:5

**correspond**
19:21

**counsel** 3:2
18:11 24:8,9

**counsel's**
17:12

**County** 23:4
24:3,13

**Court** 1:1 22:9
24:17 26:14

**criminal** 6:22

**customer** 6:9

---

D

**date** 5:18
25:2,20

**day** 2:7 23:10
24:13

**decision** 14:14

**declare** 25:17

**defendant** 3:7
17:3 18:11

**Defendants**
1:10

**define** 8:15

**Definition**
12:18

**degree**
7:1,10,11

department
  5:17 6:3,11
  7:14 8:3,18
  9:20 20:9,13
  21:11,17,25

depends 9:11

Deponent 22:18
  25:23

depos 11:13

deposition
  1:16 2:1
  4:15,16 16:7
  18:1 21:20
  22:15 24:4,6
  25:1,17
  26:7,10,11,1
  2,13

different
  26:10

direct 24:11

direction
  24:12

discipline
  18:7

discovery 2:3

discriminated
  10:24
  20:19,22

discrimination
  8:21 20:8,14
  21:10,17,21,
  24

discuss
  9:1,3,10

dispatch 6:12

dispatcher
  6:11

DISTRICT 1:1

document 18:25

DOUGLAS 3:15

dual 19:20

duly 5:5 23:8

during 20:8
  21:16,20

duty 13:14,19

dyeargin@wpb.o
  rg 3:17

_____

E

early 20:18

East 3:13

education 5:21
  6:16,17

educational
  5:25

either 13:4

elementary
  6:17

elements 12:19

else 10:19
  19:19,25
  21:4,5

emergency 6:24
  7:11

employee 8:13
  24:8

enforcement
  12:11,14

ensure 16:10

entered 25:18

ESQ
  3:4,8,12,15
  26:2

evidence 2:3
  11:1

EXAMINATION
  5:7

exhibit 15:20
  16:7 18:1
  22:1

ex-husband

15:2,3

Expires 23:15

_____

F

Fabian 3:8
  15:21 26:2

fabian.ruiz@gr
  ay-
  robinson.com
  3:11 26:5

factual 17:14

family 15:12

favoritism
  10:13

fear 12:21

February 1:12
  2:7 25:2
  26:7

felt 20:13,14

females
  10:14,16

filed 5:4

filing 26:13

financially
  24:9

FIRM 3:4

first 5:5
  20:12

five 15:10,11
  17:1

Florida 1:1,7
  2:6
  3:6,10,14,17
  5:15 7:2,6
  23:3,14
  24:2,13 26:4

foregoing 24:5

forget 6:14
  7:8

form 8:11
  12:12

13:6,15
  17:10,23
  19:9
  21:12,22
  25:18

Fort 3:6 24:13

Forty-one
  16:2,18

forward
  14:11,12

forwarded
  13:22 26:13

Fourth 3:5

Friday 1:12

friendly 19:24

full 5:11
  19:25

_____

G

garage 9:19

Gellin 1:7
  9:22
  10:6,8,9,13
  13:5,10
  14:1,8

general 16:21

Georgia 6:4

GOMBERG 26:18

gracious 15:18

GRAYROBINSON
  3:9,12 26:3

grocery 12:23

_____

H

hand 23:9
  24:12

happened 12:7

Harrell 1:3
  3:20 8:8,20
  9:21
  10:3,8,12,14

,20 11:6,15
12:5,13,21
13:3,8,13
14:5 26:6
having
10:11,16,22
**HEATHER** 2:4
23:14
24:4,17
hereby 24:4
26:19
hereinabove
24:6
heretofore 5:4
he's 10:22
11:12
HH374886 23:15
high 6:17,18
hold 7:11
home 13:3,8
host 15:18
house 15:16
20:2
human 6:23
husband 15:11
19:22 20:2

_____
**I**
**IA** 19:15
identification
16:8 18:2
I'll 22:13
I'm 5:16 7:5
10:18
12:20,25
13:1 16:17
17:9 18:19
19:2 20:24
21:2 22:7
immediately
9:23

incident 11:24
12:2
individual
18:22
individually
1:7,8
information
17:18,21
18:16
19:1,6,10,12
,16
initially 21:7
instance 16:23
interested
24:9
internal
12:1,8
18:8,17,18
interrogatorie
s 16:6
17:4,19,22
18:16,24
19:5,7,13
interrogatory
16:2 17:11
investigated
12:1
investigation
12:9
invite 15:11
IRS 6:7,8
issues 10:11
it's 7:6
17:1,2 18:20

_____
**J**
jobs 6:14
join 7:13
JULIE 3:12
julie.zolty@gr
ay-

robinson.com
3:14
justice 6:22

_____
**K**
**Kevin** 1:3 3:20
8:8 9:21
10:3
knowledge
16:6,12,24,2
5 17:7

_____
**L**
lady's 19:20
Lally
11:16,18,20,
21,22 12:6
13:4,9
L-a-l-l-y
11:18
LALLY 1:8
language 9:25
Large 2:6
Lashawn 5:14
last 11:10
later
7:20,22,24
8:1
Lauderdale 3:6
24:13
law 12:11,14
lawful 2:2 5:5
letter 13:25
letters 14:1
level 14:23
15:1
Lieutenant
7:21 20:15
21:16,20
life 12:21

line 18:20
25:3
lines 18:10
live 5:12,15
lives 10:25
living 5:13
located 6:3
long 5:20
lot 9:20
Lynn 7:12

_____
**M**
ma'am 10:6
management
6:23,24 7:12
Maney 20:15
March 23:10
24:13 26:1
marked 16:7
18:1
master's 6:23
7:10,11
matter 26:8
max 9:18
may 6:13 13:7
16:23,24,25
17:6,7 20:14
26:10
maybe 9:17
20:17
mean 6:13,20
8:14 9:20
12:22 13:25
14:25 15:16
16:13,21,22,
24 17:24
18:7
means 24:11
members 14:2
Miami 3:10

26:4
MICHAEL 1:8
Midnight 8:24
 9:2,4,14,23
mind 21:1,6,8
municipal 1:7
myself 21:18

——— N ———
nor 24:8,9
Northeast 3:5
Notary 2:5
 23:14
nothing 12:9
notice 5:4
 24:4 26:7,10

——— O ———
oath 5:6 23:1
object 13:15
 17:9 18:19
objecting 17:3
Objection 8:11
 12:12 13:6
 17:23 19:8
 21:12,22
objections
 17:10
objects 18:11
occurred 11:25
odd 6:14
office 26:9
officer 6:13
 7:17 8:3,20
 9:21
 10:7,12,14,1
 8,20 11:6,15
 12:5,11,13,1
 5,21
 13:3,8,13
 14:5

official 23:9
 24:12
oh 11:19,22
Ohio 7:5,8
Okay 6:1,21
 15:24 16:15
 18:3
ones 10:17
on-line 7:9
operator 6:10
order 13:13
 22:8,10,12
ordering 22:7
original 26:12
Orlando 3:14
OSWALD 1:8
otherwise
 15:15
outside 8:17

——— P ———
P.A 3:9,12
 26:3
p.m 1:13 2:8
 22:16
page 4:6,13
 17:1
 18:4,13,14
 25:3 26:15
Palm 1:6
 3:16,17
 5:15,16 6:10
 7:6,7 20:8
 21:9,25 26:6
parking
 9:19,20
particularly
 20:15
parties 24:8,9
penalties

25:17
people 9:2,4,6
 10:24 15:16
 17:6
 20:16,17
perjury 25:17
personal 10:24
 14:20,22,23,
 24 15:1 24:7
phone 6:9
phonetic 9:18
picked 10:23
 11:1
Pine 3:13
Plaintiff 1:4
 2:2 3:3,20
please 5:11,22
 10:25 26:7,9
PO 3:16
point 19:18
police 5:16
 6:11,13
 7:13,16
 8:2,18 9:20
 12:25
 13:1,21
 14:13,16
 20:3,9,13
 21:10,24,25
PRESENT 3:2,19
pretty 8:14
 16:21,25
 17:2
probably 7:22
 15:10,13,16
 20:12,18
problem
 21:10,24
professional
 5:21,23 6:15
provide
 17:18,21

18:15
 19:1,6,10,13
provided 18:18
 19:15
psychologist
 13:14
 14:15,17
Public 2:5
 23:14
pulled 12:6
purpose 2:3
pursuant 24:4

——— Q ———
question 8:15
 14:5,8
 19:3,9
questioning
 18:20
questions
 16:4,20 22:6

——— R ———
race 10:1
 20:7,16
 21:10,16,21,
 23
racist 20:13
Raton 7:12
RE 26:6
react 9:2,4
real 19:20
really 16:15
 18:3 19:2,15
reasonable
 26:12
recall 20:24
 21:7,15,18,1
 9,23 22:1
recommend
 13:18

record 11:5,10

reduced 24:6

referring 18:5

regard 10:1

relationship
  8:17
  14:20,22,24

relative
  24:7,8

relieved 13:18

remarks 10:1

remember 6:4

removed 13:14

rep 6:9

report 24:5

reported 12:14

reporter 2:5
  22:9
  24:12,17

reproduction
  24:11

requested
  26:13

resource 6:23

response 17:11
  18:23,24

responses
  17:14 19:2

responsible
  16:5

rest 18:10

return 26:15

review 14:3
  16:10

Rich's 6:3,4

Rideau's
  21:16,20

Road 9:18

room 11:6,11

Roughly 7:20

Royal 5:15

Rubio 10:18

RUIZ 3:8 8:11
  11:5,9 12:12
  13:6,15
  15:22
  17:9,14,23
  18:19 19:8
  21:12,22
  22:5,8,11
  26:2

───────────
        S
SAITH 22:18

school 6:17,18

science
  6:22,23

SCOTT 1:8

screwing 10:15

seal 23:9
  24:12

season 6:8

second 3:9
  15:23
  17:19,22
  22:5 26:3

send 13:3,8
  14:14

sent 13:14,22

Sergeant 7:19
  9:22
  10:6,8,9,12
  11:15,16,17,
  19,22 12:6
  13:4,5,9,25
  14:8

service 6:9

seven 7:20

sex 10:16,22

shift 10:12
  13:24 14:2

Shorthand 2:5

showing 10:13

shown 24:6

sign
  26:10,12,14

signature
  17:15 22:17
  26:8,14,19

simply 13:22
  17:6

sir 13:16,20
  14:7,10
  17:20

sitting 18:21

six 7:20

socialize
  15:4,15

socializing
  15:17

someone 9:13
  12:23

sorry 7:6 8:6
  21:2

Southeast 3:9
  26:3

SOUTHERN 1:1

Spine 9:18

SS 24:2

stand 21:1,6,8

standing
  9:18,21

start 15:8

started 5:24
  6:2 20:12

State 2:6
  7:3,5,8
  23:3,14
  24:2,13

stated 18:12

statement
  16:24

STATES 1:1

status 19:23

statute 12:20

stenographical
  ly 24:5

stood 10:3

stop 15:9

stopped 9:23

store 6:3
  12:24

Street 3:5,13
  11:25 12:8

stuff 20:16

subject 20:7
  25:18

substance
  25:18

Suite
  3:5,10,13
  26:4

supervision
  24:7

sure 10:19
  19:2

swore 17:6

sworn 5:5 6:13
  8:3,7 23:8

───────────
        T
Taking 24:4

talking 17:3

Tameca 1:18
  2:1 4:4
  5:3,14 23:7
  25:1,23
  26:2,21

temp 6:8

33

term 9:12
testified 5:6
testimony 24:6
Thank 22:3,6
that's 6:14
   16:24
   17:1,15
They're 17:14
tolerate 10:2
touching
   12:18,22
toward 10:13
transcript
   24:10 26:22
transcription
   24:7
true 16:22,24
   17:1 25:17
truly 26:16
Twenty-five
   8:6
Twenty-four
   8:4,5
type 9:25

---
U
---
undersigned
   23:6
UNITED 1:1
University
   7:2,3,7,12
unless 10:23
   24:11
unwanted
   12:18,22

---
V
---
Valley 11:19
verified
   18:8,23 19:5

verify
   16:14,19
   17:5
verifying
   16:25
via 2:6 23:7
   26:22
Videoconferenc
   e 1:12 2:6
Videoconferenc
   ing 23:8
VIEIRA 2:4
   23:14
   24:4,17
Vielma 14:21
vs 1:5 26:6

---
W
---
waive
   26:8,14,19
waived 22:17
walked 9:22
   10:5
we're 22:8,12
West 1:6,18
   2:1 3:16,17
   4:4
   5:3,9,14,16
   6:10 7:7
   18:21 20:8
   21:9,25 23:7
   25:1,23
   26:2,6,21
whatever 10:25
Whereupon
   22:15
whom 13:23
   14:12 20:11
Whose 14:14
WILLIAM 3:4
wish 26:14

witness 2:2
   4:4 5:4
   15:24 23:9
   24:6,12
worked 6:1,5,7
   15:2,10
working 5:24
   6:2
wramlong@theam
   longfirm.com
   3:6 26:23

---
Y
---
YEARGIN 3:15
yours 26:16
you've 8:2

---
Z
---
ZOLTY 3:12
Zoom 1:12 2:6
   23:7